UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRE DUSHON BROWN, <br><br> Defendant. | NO. CR98-00618FDB <br><br> ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion For Credit for Time Served. (Dkt. #51).

The government is directed to file a response to Defendant's motion by April 27, 2006.

//

//

- 1

IT IS SO ORDERED.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 30th day of March, 2006.

_____
The Honorable Franklin D. Burgess
United States District Judge

- 2